Robert PATTERSON, Plaintiff-Appellant,

v.

John B. MANN, Defendant-Appellee,

and

Martha Mann, Martha Mann, co-account holder, Claimant-Appellee,

and

Martha Mann, Defendant.

No. 16-2382

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2017

Decided: April 27, 2017

Robert Patterson, Appellant Pro Se. Daniel Joseph Burke, TYLER, BARTL, RAMSDELL & COUNTS, PLC, Alexandria, Virginia, for Appellees.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Patterson appeals the district court's order accepting the magistrate judge's recommendation and granting in part John B. and Martha Mann's Exemp-

**232**

tion Claims for Garnished Funds. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Patterson v. Mann*, No. 1:13-cv-01338-LMB-TCB (E.D. Va. Nov. 4, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*